**IT IS SO ORDERED.**

**SIGNED THIS: April 1, 2013**

_____
**Gerald D. Fines**
**United States Bankruptcy Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

IN RE:                              )
BHUPENDRA PATEL AND                 )
JAYSHRI PATEL                       )     CASE NO. 12-91821
DEBTORS.                            )

ORDER EXTENDING DEADLINE TO OBJECT TO DISCHARGE

THIS MATTER coming before this Court on March 28, 2013, on Trustee, ROGER L. PRILLAMAN's Motion to Extend, no objections filed hereon, this Court hereby extends the applicable deadline for an additional 60 days through May 28, 2013, for said Trustee and/or U.S. TRUSTEE to file complaint(s) objecting to discharge.

###